Clinet Jordan, Minor, by Robert Jordan, His Father and Next Friend, Appellee, v. Railway Express Agency, Inc., Appellant.

Gen. No. 40,983. (Abstract of Decision.)

Heard in first division, first district, this court at October term, 1939; opinion filed May 20, 1940. John A. Dill, for appellant; Emil Seerup, of counsel; no appearance for appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''